# Court of Appeals
# of the State of Georgia

ATLANTA,  April 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0202.  IN THE INTEREST OF: M. F., A CHILD (FATHER)**

In January 2012, the Douglas County Juvenile Court placed M. F. under permanent guardianship because she was found to be deprived.  In 2014, Michael Frank, M. F.'s father, filed a complaint for custody in Gwinnett County Superior Court.  The trial court construed the complaint as a petition to modify, vacate, or revoke the guardianship and transferred the case to the Douglas County Juvenile Court.  M. F.'s guardians filed a motion to dismiss the complaint, which the juvenile court granted.  Frank then appealed to the Supreme Court, which reversed the dismissal of the petition.  See *In the Interest of M. F.*, 298 Ga. 138 (780 SE2d 291) (2015).  After the remittitur issued, a hearing was held, and the juvenile court entered an order modifying the permanent guardianship and certified its order for immediate review. Frank filed the instant application for interlocutory review.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable, including interlocutory custody orders.  See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013).  Guardianship is equated with custody.  See *In the Interest of A. R.*, 309 Ga. App. 844, 845 (711 SE2d 402) (2011).  See also OCGA § 19-9-41 (4) (defining a "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is an issue").  The order in this case is thus subject to direct appeal.

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246)

(2004). Accordingly, Frank's application for interlocutory appeal is hereby GRANTED. He shall have ten days from the date of this order to file a notice of appeal if he has not already done so. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___04/27/2017___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*